IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNEDY SMITH, #362092           *
        Plaintiff,
    v.                            *   CIVIL ACTION NO. ELH-14-2021

ECI/ANNEX                        *
        Defendant.
                          *****

MEMORANDUM

On June 23, 2014, Kennedy Smith, who is detained at the Maryland Reception, Diagnostic & Classification Center, filed this 42 U.S.C. § 1983 action in which he has sued the Eastern Correctional Institution Annex ("ECI"). The complaint seemingly alleges that Smith was denied parole in March of 2011, but was granted immediate parole the following month conditioned on his completion of an ATP drug program.[1] The thrust of the complaint concerns Smith's claim that he was not provided notice of the immediate parole until March of 2012. He complains that ECI would not release him until September 19, 2012, his mandatory release date. ECF No 1. He seeks $100.00 in damages for each day from January 30, 2012 to September 19, 2012, that he was allegedly falsely imprisoned. *Id*. Because he appears indigent, Smith's motion for leave to proceed in forma pauperis (ECF No. 2) shall be granted. His complaint shall, however, be dismissed, without prejudice.

Assuming, arguendo, that Smith has a viable federal claim, he names the ECI Annex as the sole defendant. The ECI Annex is an inanimate object that cannot act under color of state law and therefore is not a "person" subject to suit under 42 U.S.C. § 1983. *See Allison v. California Adult Auth.,* 419 F.2d 822, 823 (9th Cir. 1969) (California Adult Authority and San Quentin Prison not

"person[s]" subject to suit under 42 U.S.C. § 1983); *Preval v. Reno,* 57 F.Supp.2d 307, 310 (E.D. Va. 1999) ("[T]he Piedmont Regional Jail is not a 'person,' and therefore not amenable to suit under 42 U.S.C. § 1983,"); *Brooks v. Pembroke City Jail,* 722 F.Supp. 1294, 1301 (E.D. N.C. 1989) ("Claims under § 1983 are directed at 'persons' and the jail is not a person amenable to suit."); *Cf. Roach v. West Virginia Regional Jail and Correctional Facility,* 74 F.3d 46, 48 (4th Cir. 1996). Therefore, the complaint against defendant ECI/Annex shall be dismissed, without prejudice. However, the Clerk will be directed to provide Smith with a § 1983 civil rights form packet, in the event he wishes to pursue his claim against a person acting under color of law.

   A separate Order follows.


Date: August 4, 2014         /s/
                  Ellen Lipton Hollander
                  United States District Judge

---

[1] Smith claims that he finished the program in January of 2012.